JESSE BARTO and another, *Respondents, v.* JOHN G. STEPHAN, *Appellant.* — Judgment affirmed. Opinion by SMITH, P. J.

GUILFORD HARRIS, *Respondent, v.* PETER W. LYMAN and another, *Appellants.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by SMITH, P. J.

MANLY LOOMIS, *Appellant, v.* ALLEN E. KILBY, *Respondent.* — Judgment affirmed. Opinion by BARKER, J.; HARDIN, J., not sitting.

ARTHUR B. GUINNIP, *Plaintiff, v.* HIRAM CLOSE, *Defendant.* — New trial denied and judgment ordered for plaintiff on the verdict. Opinion by SMITH, P. J.

VALENTINE CROPSEY, *Respondent, v.* PHILETUS R. PERRY, *Appellant.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by BARKER, J.

ALICE LAKE, *Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Judgment and order affirmed. Opinion by SMITH, P. J.; BARKER, J., not sitting.

SUSANNA SCHOMER, *Plaintiff, v.* THE CITY OF ROCHESTER, *Defendant.* — New trial denied and judgment ordered for plaintiff on the verdict. Opinion by HARDIN, J.

EDMUND EARL, *Respondent, v.* PORTER P. COLLINS, *Appellant.* — Judgment and orders affirmed. Opinion by SMITH, P. J.

GEORGE P. NORTON, *Appellant, v.* LEWIS YERDON, *Respondent.* — Judgment of the County Court reversed and that of the justice affirmed. Opinion by SMITH, P. J.

FRANK M. BARNES and others, *Respondents, v.* AMASA P. HART, *Appellant.* — Judgment modified as indicated in the opinion, and as modified affirmed, with costs to the respondent. Opinion by HARDIN, J.

CATHERINE MURPHY, as *Administratrix, etc., Respondent, v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Appellant.* — Judgment and order affirmed. Opinion by HARDIN, J.

JAMES G. McCARTNEY, *Respondent, v.* THE CITY OF ROCHESTER, *Appellant.* — Judgment and order affirmed. Opinion by HARDIN, J.

HENRY E. RIPLEY and another, as *Overseers, etc., Appellants, v.* JOHN LITTLE, *Respondent.* — Judgment of the County Court affirmed. Opinion by SMITH, P. J.

ELLIOT L. GRAY, *Appellant, v.* CHARLES E. SMITH, *Respondent.* — Judgment affirmed. Opinion by HARDIN, J.

GEORGIANA E. EMERY, *Respondent, v.* ALEXANDER M. LOWRY, *Appellant.* — Judgment affirmed, with costs. Opinion by BARKER, J.

GATES WILDMAN and another, *Executors, etc., Appellants, v.* JACOB LUCKSINGER, *Respondent.* — Judgment affirmed, with costs.